## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: James Principe, Plaintiff vs.     Case Number: 20-cv-01545
Village of Melrose Park, Ronald Serpico &
Christine Piemonte, Defendants.

An appearance is hereby filed by the undersigned as attorney for:
Defendants, Village of Melrose Park, Ronald Serpico & Christine Piemonte

Attorney name (type or print): Joseph A. Giambrone

Firm: Del Galdo Law Group, LLC.

Street address: 1441 S. Harlem Ave.

City/State/Zip: Berwyn, IL 60402

Bar ID Number: 6309071     Telephone Number: 312-222-7000
(See item 3 in instructions)

Email Address: giambrone@dlglawgroup.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel
   ☐ Appointed Counsel
     If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 04/15/2020

Attorney signature:    S/ Joseph A. Giambrone _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015