## 9.08.020 - Interfering with village officials.

It is unlawful for any person to interfere with, hinder or resist any officer or employee of the village, while engaged in the duties of his or her office or employment.

(Prior code § 134.22)

Ex. 2