UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

James Principe

          Plaintiff,

v.                      Case No.: 1:20–cv–01545
                      Honorable Manish S. Shah

Village of Melrose Park, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2020:

   MINUTE entry before the Honorable Manish S. Shah: The briefing schedule on defendants' Motion to Dismiss for Failure to State a Claim [17] is as follows: plaintiff's response is due 6/19/20; defendants' reply 7/6/20. Discovery is stayed. The court will rule on the motion by cm/ecf and direct the parties to confer on a proposed scheduling order after the ruling. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.