**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES PRINCIPE, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>VILLAGE OF MELROSE PARK, et al., )<br>)<br>    Defendants. ) | Case No. 20 cv 01545<br><br>Honorable Manish S. Shah |

**NOTICE OF FILING**

To: Cass T. Casper
      Gianna R. Scatchell
      Nicollette Haines
      DISPARTI LAW GROUP, P.A.
      121 West Wacker Drive, Suite 2300
      Chicago, IL 60601
      ccasper@dispartilaw.com
      gia@dispartilaw.com
      nicollette@dispartilaw.com

    PLEASE TAKE NOTICE that on July 21, 2021, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT PURSUANT TO FED. R. CIV. P. 56**, a copy of which is attached hereto and served upon you herewith.

                                                              Respectfully submitted,
                                                               Village of Melrose Park, Mayor Ronald Serpico, and Christine Piemonte
                                                               By: */s/ K. Austin Zimmer*
                                                                      K. Austin Zimmer
                                                                      One of their attorneys

K. Austin Zimmer (6276227)
Joseph A. Giambrone (6309071)
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
P: (708) 222-7000/F: (708) 222-7001
zimmer@dlglawgroup.com/giambrone@dlglawgroup.com

1

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice and pleading referenced therein to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on July 21, 2021.

                                        BY: /s/ *Joseph A. Giambrone*
                                                    Joseph A. Giambrone