IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES PRINCIPE, | )<br>) |
| Plaintiff, | )<br>) Case No. 20 cv 01545 |
| v. | )<br>) Honorable Manish S. Shah |
| VILLAGE OF MELROSE PARK, et al., | )<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff James Principe and Defendants Village of Melrose Park, Ronald Serpico, and Christine Piemonte stipulate and agree to the dismissal of this action in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and with each party bearing its own costs, fees, and other litigation expenses.

Dated: July 27, 2023

**JAMES PRINCIPE**

By: */s/ Gianna R. Scatchell*

Gianna R. Scatchell
Amanda Martin
Nicollette Haines
DISPARTI LAW GROUP, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, Illinois 60601
Telephone: (312) 506-5511, ext. 330
gia@dispartilaw.com
amartin@dispartilaw.com
nicollette@dispartilaw.com

Respectfully submitted,

**VILLAGE OF MELROSE PARK, RONALD SERPICO, and CHRISTINE PIEMONTE**

By: */s/ Joseph A. Giambrone*

Joseph A. Giambrone
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402
P: (708) 222-7000/F: (708) 222-7001
giambrone@dlglawgroup.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 27, 2023, she caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's CM/ECF system.

*/s/ Gianna R. Scatchell*